**Order entered September 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00466-CV

## IN RE CITY OF DALLAS, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01696**

## ORDER
Before Justices Schenck, Carlyle, and Goldstein

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus.

/s/ DAVID J. SCHENCK
JUSTICE